1

JS-6

2

3

4

5        **UNITED STATES DISTRICT COURT**

         **CENTRAL DISTRICT OF CALIFORNIA**

6

7        Case No. 8:15-CV-00425 (VEB)

8    DEBRA M. RIQUIER,

9              Plaintiff,        JUDGMENT

10   vs.

11   CAROLYN W. COLVIN, Acting
     Commissioner of Social Security,

12             Defendant.

13

14       For the reasons set forth in the accompanying Decision and Order, it is hereby

15   DECREED THAT (1) Plaintiff's request for an order remanding this case for further

16   proceedings is GRANTED and the Commissioner's decision is REVERSED; (2) the

17   Commissioner's request for an order affirming the Commissioner's final decision

18   and dismissing the action is DENIED; (3) judgment is entered in Plaintiff's favor

19   and this case is REMANDED for further proceedings consistent with the Decision

20

1

JUDGMENT – RIQUIER v COLVIN 8:15-CV00425-VEB

1    and Order; and (4) this case is CLOSED without prejudice to a timely application for

2    attorneys' fees and costs.

3         DATED this 25th day of July, 2016,

4                                    /s/Victor E. Bianchini
                                     VICTOR E. BIANCHINI
5                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20                                          2