# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DEBRA M. RIQUIER,

        Plaintiff,

      vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

        Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 8:15-cv-00425-VEB

ORDER AWARDING EQUAL
ACCESS TO JUSTICE ACT
ATTORNEY FEES AND EXPENSES
PURSUANT TO 28 U.S.C. § 2412(d)
AND COSTS PURSUANT TO 28
U.S.C. § 1920

     Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (Docket No. 30); and the Court having given the matter due deliberation, it is hereby

     ORDERED that fees and expenses in the amount of $4,700 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:     September 26, 2016

                        /s/Victor E. Bianchini
                        VICTOR E. BIANCHINI
             UNITED STATES MAGISTRATE JUDGE